**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police Department, Ofc. Kyle Prior,
  Ofc. Donald Sutton, and Ofc. Robert Nord

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL LUKE, individually, and as (Proposed) Special Administratrix of the Estate of THOMAS JOSEPH MCENIRY,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KYLE PRIOR, individually and in his official capacity; DONALD SUTTON, individually and in his official capacity; ROBERT NORD, individually and in his official capacity; DOE OFFICERS 1-X and DOES XI-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:17-cv-02855-APG-GWF |

## STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)

Pursuant to LR 6-1 and LR 26-4, Plaintiff Carol Luke, individually, and as (Proposed) Special Administratrix of the Estate of Thomas Joseph McEniry ("Plaintiff"), by and through her counsel of record, E. Brent Bryson, Esq. of E. Brent Bryson, P.C. and Defendants Las Vegas Metropolitan Police Department, Ofc. Kyle Prior, Ofc. Donald Sutton and Ofc. Robert Nord ("LVMPD Defendants"), by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, hereby stipulate and request that this court extend discovery in the above-captioned case ninety (90) days, up to and including December 28, 2018. In addition, the parties request that the expert deadline, dispositive

MAC:14687-124 3468705_1 7/25/2018 1:39 PM

motion deadline and pre-trial order deadline be extended for an additional ninety (90) days as outlined herein. In support of this stipulation and request, the parties state as follows:

## I. **DISCOVERY COMPLETED TO DATE**

1. On November 14, 2017, Plaintiff filed her Complaint. ECF No. 1.

2. On February 12, 2018, the LVMPD Defendants filed a Motion for Partial Dismissal. ECF No. 10.

3. On February 12, 2018, the LVMPD Defendants filed their Answer to Plaintiff's Complaint. ECF No. 12.

4. On March 6, 2018, the Court granted the LVMPD Defendants' Motion for Partial Dismissal. ECF No. 17.

5. On March 30, 2018, the parties submitted their Initial Discovery Plan and Scheduling Order. ECF No. 19.

6. On April 20, 2018, Defendant Officer Robert Nord filed his Answer to the Plaintiff's Complaint. ECF No. 21.

7. On April 17, 2018, Plaintiff filed her Initial Disclosure Statement of Witnesses and Exhibits.

8. On April 25, 2018, the LVMPD Defendants filed their Initial Disclosure Statement of Witnesses and Exhibits.

9. On May 11, 2018, the LVMPD Defendants served Plaintiff with Interrogatories and Requests to Produce.

## II. **WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Plaintiff Carol Luke is seeking appointment as the administrator of the Estate of the Decedent, Thomas Joseph McEniry. Plaintiff Luke must be appointed as the special administrator of Decedent McEniry's Estate in order to have standing to pursue claims on behalf of Mr. McEniry. In addition, Plaintiff Luke has had difficulty in obtaining documents and information relevant to the LVMPD Defendants' initial written discovery requests. Plaintiff is actively attempting to obtain this information.

MAC:14687-124 3468705_1 7/25/2018 1:39 PM

Once Plaintiff Luke is appointed as the administrator of the Decedent's estate, the LVMPD Defendants intend to serve additional written discovery. Once answers to all written discovery is received, the LVMPD Defendants intend to begin taking the depositions of the Plaintiff and any relevant witnesses. The parties agree that until all necessary discovery has been completed, it is not worthwhile to identify experts and a brief extension, is therefore, justified.

## III. **DISCOVERY REMAINING**

1. Plaintiff Luke intends to file the necessary documentation to be appointed the special administrator of the Estate of the Decedent, Thomas Joseph McEniry.

2. The LVMPD Defendants intend to take the depositions of Plaintiff Luke, the Decedent's wife, and a security guard witness to the subject incident.

3. Plaintiff intends to take the depositions of the involved LVMPD officers and the supervisors of the LVMPD officers.

4. The LVMPD Defendants intend to take the depositions of any expert witnesses identified by Plaintiff.

5. Plaintiff intends to take the depositions of any expert witnesses identified by the LVMPD Defendants.

6. The LVMPD Defendants intend to take the depositions of any damages witnesses.

## IV. **EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties acknowledge that the expert deadline will pass on July 27, 2018. However, because Plaintiff has had some difficulty in being appointed the special administrator of the Estate, this has led the parties to delay certain discovery, the parties seek to have a new expert deadline and

MAC:14687-124 3468705_1 7/25/2018 1:39 PM

discovery plan put in place so that they can determine what specific discovery needs to be done. Therefore, the parties believe it is in the best interest of the management of the case to extend the expert deadline until all necessary claims and parties are joined in the lawsuit.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| ACTIVITY | DATE | PROPOSED DEADLINE |
|---|---|---|
| Amend Pleadings or Add Parties | Tuesday, May 29, 2018 | **Passed** |
| Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) | Friday, July 27, 2018 | **Friday, October 26, 2018** |
| Rebuttal Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2) | Tuesday, August 28, 2018 | **Wednesday, November 28, 2018** |
| Discovery Cut-Off Date | Friday, September 28, 2018 | **Friday, December 28, 2018** |
| Dispositive Motions | Monday, October 29, 2018 | **Tuesday, January 29, 2019** |
| Joint Pretrial Order | Thursday, November 29, 2018 | **Friday, March 1, 2019** |

If dispositive motions are filed, the deadline for filing the Joint Pre-Trial Order will be suspended until thirty (30) days after the decision on the dispositive motions or further court order.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. The parties have worked together at moving discovery forward and have conducted significant discovery up to this point. The parties have worked diligently at complying with the case's original deadlines, but the fact that Plaintiff has had some difficulty in being appointed the special administrator of the Estate has led the parties to delay certain discovery.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the discovery extension.

MAC:14687-124 3468705_1 7/25/2018 1:39 PM

WHEREFORE, the parties respectfully request that this court extend the discovery period by ninety (90) days from the current deadline of September 28, 2018 up and until including December 28, 2018, and the other discovery dates as outlined in accordance with the table above.

APPROVED AS TO FORM AND CONTENT.

Dated this 25th day of July, 2018.

MARQUIS AURBACH COFFING

By: s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD, Prior and Sutton

Dated this 25th day of July, 2018.

E. Brent Bryson, P.C.

By: s/E. Brent Bryson
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 W. Sahara Ave., #109
Las Vegas, Nevada 89117
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED this 25th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Page 5 of 5

MAC:14687-124 3468705_1 7/25/2018 1:39 PM