UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROL LUKE, | Case No. 2:17-cv-2855-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Withdraw As Counsel of Record (ECF No. 27), filed September 28, 2018. Upon review and consideration, it appears there is good cause to grant the request of Mr. E. Brent Bryon, Esq. to withdraw as counsel. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw As Counsel of Record (ECF No. 27) is **granted**. Plaintiff shall have **thirty (30) days** in which to notify counsel for Defendants if she will retain new counsel.

Dated this 16th day of October, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1